**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TAKU SHIBATA,

      Plaintiff,                             Case No.: 1:26-cv-02311

v.                                       Judge Elaine E. Bucklo

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Jeffrey T. Gilbert
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, TAKU SHIBATA ("Plaintiff"), and

Defendant No. 25 sunflowerly ("Defendant") identified on the Schedule A of the Complaint, file

this Joint Stipulation of Voluntary Dismissal, without prejudice. Each party is to bear its own

attorneys' fees, costs and expenses.

This dismissal terminates the action.

DATED:  June 2, 2026                  Respectfully submitted,

_/s/ Keith A. Vogt_                        _/s/ Depeng Bi_
Keith A. Vogt                             Depeng Bi (Bar No. 6305484)
FL Bar No. 1036084/IL Bar No. 6207971     The Law Offices of Konrad Sherinian LLC
Keith A. Vogt PLLC                  1755 Park Street, Suite 200
1820 NE 163rd Street, Suite #306         Naperville, IL 60563
North Miami Beach, Florida 33162         Telephone: (630) 318-2606
Telephone: 312-971-6752              E-mail: ebi@sherinianlaw.net
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***           ***ATTORNEY FOR DEFENDANT***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 2, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt