**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Taku Shibata

                                                                Plaintiff,

v.                                                                                          Case No.:
                                                                                            1:26–cv–02311

                                                                                            Honorable Elaine
                                                                                            E. Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 9, 2026:

        MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to joint stipulation of dismissal, this case is dismissed as to remaining defendant Defendant No. 25 sunflowerly. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.